
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50299 |
| Plaintiff-Appellee, | D.C. No. 8:14-cr-00130-JLS-1 |
| v. | |
| ARTEMIO VARGAS LOPEZ, a.k.a. Artemio Lopez Vargas, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Josephine L. Staton, District Judge, Presiding

Submitted November 4, 2016[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Artemio Vargas Lopez appeals from the district court's judgment and

challenges his conviction and 41-month sentence for being an illegal alien found in

the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to *Anders v. California*, 386 U.S. 738 (1967), Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Lopez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.